UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROWSHAN JAMIL,

                  Plaintiff,

-against-

TSC FOOD SERVICE, INC., d/b/a WENDY'S,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/22/2022_

21 Civ. 9625 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 8, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by March 21, 2022. ECF No. 11. Those submissions are now overdue. Accordingly, by **March 29, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: March 22, 2022
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge